## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| FLORIDA OFFICE OF THE ATTORNEY GENERAL,<br><br>               Plaintiff - Appellee,<br><br> v.<br><br>META PLATFORMS, INC.; et al.,<br><br>               Defendants - Appellants. | No. 24-7019<br><br>D.C. Nos.<br>4:23-cv-05885-YGR<br>4:22-md-03047-YGR<br>Northern District of California, Oakland |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL,<br><br>               Plaintiff - Appellant,<br><br> v.<br><br>META PLATFORMS, INC.; et al.,<br><br>               Defendants - Appellees. | No. 24-7266<br><br>D.C. No.<br>4:23-cv-05885-YGR<br><br>Northern District of California, Oakland |

# **STIPULATED DISMISSAL**

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, Plaintiff-Appellee/Plaintiff-Appellant Florida Office of the Attorney General, State of Florida, Department of Legal Affairs and Defendants-Appellees/ Defendants-Appellants, Meta Platforms, Inc., et al. (collectively "the Parties"), through their undersigned counsel, hereby stipulate to, and respectfully request that the circuit clerk dismiss United States Court of Appeals for the Ninth Circuit Docket Numbers 24-7019 and 24-7266 ("Appeal Numbers 24-7019 and 24-7266"). In support of their request, the Parties state the following:

1. On December 9, 2024, the Florida Attorney General filed a Notice of Dismissal of *Florida Office of the Attorney General, State of Florida, Department of Legal Affairs v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-5885 in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* (MDL No. 3047);

2. The underlying District Court dismissal renders docketed Appeal Numbers 24-7019 and 24-7266 moot;

3. The Parties stipulate and agree to voluntarily dismiss Appeal Numbers 24-7019 and 24-7266, and the Parties shall bear their own costs, including any court fees

that are due.

4. With such dismissal agreement, pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, the "circuit clerk must dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due."

**THEREFORE**, pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, the Parties stipulate and respectfully request that the clerk dismiss Appeal Numbers 24-7019 and 24-7266.

**IT IS SO STIPULATED AND AGREED.**

DATED: December 16, 2024

Respectfully submitted,

**ASHLEY MOODY**
Attorney General
State of Florida

*/s/ Donna Cecilia Valin*
Donna Cecilia Valin (FL Bar No. 96687)
Special Counsel, Assistant Attorney General
Consumer Protection Division
135 West Central Blvd.
Orlando, FL 32801
Telephone: (407) 316-4840
Donna.valin@myfloridalegal.com

*Attorney for Florida Office of Attorney General*

**DAVIS POLK & WARDWELL LLP**

/s/ *James P. Rouhandeh*
James P. Rouhandeh (*pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
rouhandeh@davispolk.com

*Attorneys for Defendants-Appellants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; and Instagram LLC*

**COVINGTON & BURLING LLP**

/s/ *Paul W. Schmidt*
Paul W. Schmidt (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
pschmidt@cov.com

*Attorneys for Defendants-Appellants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; and Instagram LLC*